U.S. Fish and Wildlife Service

# United States District Court Violation Notice

CVB Location Code: MN2

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| W0799790 | MATTHEW ROBERTS | WI0481 |

W0799790

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☑ USC ☐ State Code |
|---|---|
| 07/10/2017 2:30 PM | 16 USC 1538(c)(1); 50 CFR 23.13 (a) |

Place of Offense: PORT OF MINNEAPOLIS, MINNESOTA

Offense Description: Factual Basis for Charge — HAZMAT ☐

Import, export, re-export or trade in any Appendix I, II, III species in violation of Part 23.

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| BETTA WORLD | | |

[redacted]

VEHICLE VIN: CMV ☐

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| | | | | |

☐ A IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

☑ B IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 500 Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT → $ 530 Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: CENTRAL VIOLATIONS BUREAU: 1-800-827-2982

Date (mm/dd/yyyy):

Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

CVB SCAN JUL 26, 2017 13:07

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on July 10, 2017 while exercising my duties as a law enforcement officer in the District of MINNESOTA

On 07/10/2017, BETTA WORLD imported a commercial shipment of 31 live white-blotch stingrays (Potamotrygon leopoldi) via KLM air cargo (Air Waybill 05757584505) into the Port of Minneapolis, Minnesota from Thailand that was in violation of [16 USC 1538(c); 50 CFR 23.13(a)] Import any Appendix-listed Species in violation of Part 23. Specifically, BETTA WORLD declared 29 white-blotch stingrays upon import. BETTA WORLD had the required Convention on International Trade of Endangered Species (CITES) export permit from Thailand, but the permit only allowed the import of 29 white-blotch stingrays. Federal wildlife regulations require the importer to have a valid CITES permit for all CITES-listed wildlife. White-blotch stingrays are protected by CITES at the Appendix III level. 2 white-blotch stingrays were abandoned to FWS by BETTA WORLD.

The aforementioned import was also in violation of [16 USC 1538(e); 50 CFR 14.61] Failure to Declare; and [16 USC 1538(c); 50 CFR 23.26] Import any Appendix I, II, or III Species without a Valid CITES Document.

BETTA WORLD has been issued 2 warnings since January 2017 for similar violations.

The foregoing statement is based upon:

☑ my personal observation ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/18/2017 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

Date (mm/dd/yyyy) U.S. Magistrate Judge

CVB SCAN JUL 26, 2017 13:07